IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | |
| EDWARD RIVERA TRINIDAD | CASE NO. 13-00444 BKT |
| NAOMI C MOLINA MARTINEZ | Chapter 13 |
| XXX-XX-3551 | |
| XXX-XX-5259 | |
| | FILED & ENTERED ON 05/10/2013 |
| Debtor(s) | |

ORDER

Trustee's Objection to Debtor's Claimed Exemptions (docket #20) is hereby granted.

IT IS SO ORDERED.

San Juan, Puerto Rico this 10 day of May, 2013.

Brian K. Tester
U.S. Bankruptcy Judge