# REGISTRO DE LA PROPIEDAD BAYAMÓN

**LCDA. BEATRIZ BEATO DIAZ**

P.O. BOX 55352, STATION ONE, BAYAMÓN, 00960　　　　　Telefono (787) 778-8500

| | | |
|---|---|---|
| **ENTRADA Nº:** | 214 | Del año 2013 |
| **ASIENTO Nº :** | 1077　　Diario 280 | |
| Presentado el día 15/01/2013 | | a las 14:14 |

Presentante
DE JESUS, YOLANDA

Interesado : RIVERA TRINIDAD, EDWARD

Naturaleza : Escritura publica　　　　Objeto : ACTA DE HOGAR SEGURO

Escritura: 1 de 10/01/2013

MYRGIA Z. RAMIREZ CARDONA

SE ACOMPAÑA SOBRE PREDIRIGIDO

EXENTO DEL PAGO

**VERIFICA EL ESTADO DE TU DOCUMENTO ONLINE:**
www.justicia.pr.gov
www.pr.gov
En estos enlaces busca: Registro de la Propiedad e ingresa número de Asiento y Diario.



---Comienza mi Primer Tomo del Protocolo de Instrumentos Públicos correspondientes al año dos mil trece (2013).---

---En Vega Alta, Puerto Rico, hoy día diez (10) de enero del año dos mil trece (2013).---

*[firma]* NOTARIO PÚBLICO

------ESCRITURA NÚMERO UNO (1)------

------ACTA NOTARIAL------

------PARA ESTABLECER EL DERECHO A------

------HOGAR SEGURO SOBRE EL HOGAR PRINCIPAL------

------Y EL HOGAR FAMILIAR------

---En la Ciudad de Vega Alta, Puerto Rico, a los diez (10) días de enero del año dos mil trece (2013).---

------ANTE MI------

---LCDA. MYRGIA Z. RAMÍREZ CARDONA, ABOGADO Y NOTARIO PÚBLICO, en ejercicio en esta Isla con oficina abierta en la Calle Luis Muñoz Rivera, número doce A (12-A) de la Ciudad de Vega Alta, Puerto Rico, vecindad y residencia en Vega Baja, Puerto Rico.---

------COMPARECE------



---DE UNA SOLA PARTE: DON EDWARD RIVERA TRINIDAD y DOÑA NAOMI CAMILLE MOLINA MARTINEZ, mayores de edad, casados entre sí, propietarios y vecinos ambos de Vega Baja, Puerto Rico.---

---Yo, La Notario, DOY FE de identificar a los comparecientes mediante los medios que provee la Ley Notarial de Puerto Rico, a DON EDWARD RIVERA TRINIDAD, mediante su licencia de conducir número cuatro, uno, cero, seis, siete, uno, siete (4106717), y a DOÑA NAOMI CAMILLE MOLINA MARTINEZ, mediante su tarjeta de identificación electoral número cuatro, uno, seis, ocho, tres, cero, uno (4168301), las cuales tienen sus fotos y firmas expedidas por el Estado Libre Asociado de Puerto Rico, y por sus

dichos la doy también de sus edades, estado civil, circunstancias personales y vecindad. Me aseguran tener y a mi juicio tienen la capacidad legal necesaria para este otorgamiento, sin que me conste nada en contrario y en tal virtud libremente.---------------------

------------------------------MANIFIESTA Y EXPONE--------------------------

---**PRIMERO:** Que los comparecientes son titulares de la propiedad inmueble que se describe a continuación: ---------------------------------

---**"URBANA":** Solar marcado con el número treinta y tres (33) del bloque "G" en el plano de inscripción de la Urbanización Extensión de Vega Baja del Barrio Pugnado Afuera del término municipal de Vega Baja, Puerto Rico, con un área superficial de trescientos punto cuatrocientos (300.400) metros cuadrados. En lindes por el Norte, en veintitrés punto cero ocho (23.08) metros, con el solar número treinta y dos (32); por el Este, en trece punto cero cero (13.00) metros con la calle A; por el Sur, en veintitrés punto cero ocho (23.08) metros, con el solar treinta y cuatro (34); por el Oeste, en trece punto cero cero (13.00) metros, con la Urbanización Alturas de Vega Baja.------------------------------------------------------------------
---Sujeta a servidumbre de paso de cinco pies (5') de ancho a lo largo de su colindancia Oeste, para sistema telefónico y otra de cinco pies (5') de ancho de treinta pies (30') de largo medidas desde la colindancia con la calle "A" a lo largo de su colindancia Sur por el sistema eléctrico.----------------------------------------------------------------



---Finca número quince mil trescientos cuarenta y cuatro (15,344), inscrita al folio setenta y cinco (75) del tomo doscientos veintiocho (228) de Vega Baja, del Registro de la Propiedad de Bayamón, Sección Cuarta.----------------------------------------------------------------------

---**SEGUNDO:** En virtud de las disposiciones de la Ley Número ciento noventa y cinco (195) del trece (13) de septiembre de dos mil once (2011), *Ley de Derecho a la Protección del Hogar Principal y el Hogar Familiar*, los comparecientes manifiestan expresamente su decisión de establecer y fijar su Hogar Seguro en la referida propiedad inmueble descrita en el hecho expositivo PRIMERO de la presente Acta y hace constar que no ha designado como tal a ninguna otra propiedad en o fuera de Puerto Rico.------------------------

---**TERCERO:** Por lo que solicitan del Registrador de la Propiedad que consigne tal carácter mediante Nota Marginal de la inscripción de la referida propiedad inmueble descrita en el hecho expositivo PRIMERO.----------------------------------------------------------------------------

-------------------------------------ADVERTENCIAS-------------------------------

---La Notario Autorizante advierte a los Comparecientes, en cumplimiento con las disposiciones de la *Ley del Derecho a la*

*Protección del Hogar Principal y el Hogar Familiar*, que incurrirá en delito grave de cuarto grado, toda persona que intente o logre inscribir en el Registro de la Propiedad la protección de hogar seguro en más de una finca de su propiedad o intente o logre inscribir a favor de otra persona la protección de hogar seguro a la que éste no tuviere derecho y en los casos donde la persona se encuentre culpable de tal delito, ésta no tendrá derecho a hogar seguro sobre ninguna de las propiedades objeto de su actuación ilegal.-------------------------------------------------------------------------------

---El derecho de hogar seguro es irrenunciable y cualquier pacto en contrario se declarará nulo. No obstante, el derecho a hogar seguro se entenderá renunciado en las siguientes circunstancias:--------------

-----a) En todos los casos donde se obtenga una hipoteca que grave la propiedad protegida.---------------------------------------------------------------

-----b) En los casos de cobro de contribuciones estatales y federales.--------------------------------------------------------------------------------

-----c) En los casos donde se le deban pagos a contratistas para reparaciones de la propiedad protegida.-------------------------------------



-----d) En los casos donde aplique el Código de Quiebras Federal, en cuyo caso aplicarán las disposiciones de dicho Código.--------------

-----e) En todos los casos de préstamos, hipotecas, contratos refaccionarios y pagarés constituidos a favor de los asegurados u otorgados por la Puerto Rico Production Credit Association, Small Business Administration, la Autoridad para el Financiamiento de la Vivienda de Puerto Rico, la Administración Federal de Hogares de Agricultores, la Federal Home Administration, la Administración de Veteranos de los Estados Unidos de América y el Departamento de Desarrollo Económico y Comercio de Puerto Rico, y las entidades sucesoras de las antes mencionadas, así como a favor de cualquier otra agencia o entidad estatal o federal que garantice préstamos hipotecarios que se aseguran y se venden en el mercado secundario.--------------------------------------------------------------------------------

---------ACEPTACIÓN, LECTURA Y OTORGAMIENTO----------

---Así lo dicen y otorgan ante mí los comparecientes, sin que en el otorgamiento de este instrumento intervengan testigos por haber renunciado los comparecientes a tal derecho, del que le advertí tienen.--------

---Hechas por La Notario las advertencias legales pertinentes y leída esta escritura por los otorgantes, la aceptan y la firman ante mí, poniendo sus iniciales en cada folio de este documento y Yo, La Notario, la firmo, signo, rubrico y sello y de todo lo consignado en este instrumento, **DOY FE.**--------

---FIRMADO: DON EDWARD RIVERA TRINIDAD y DOÑA NAOMI CAMILLE MOLINA MARTINEZ------

---FIRMADO, SIGNADO, SELLADO Y RUBRICADO: MYRGIA Z. RAMIREZ CARDONA, NOTARIO PÚBLICO.-----

---HAY CANCELADOS EN EL ORIGINAL, CON EL ESTA NOTARIA A MI CARGO. LOS CORRESPONDIENTES SELLOS DE RENTAS INTERNAS Y UN SELLO NOTARIAL DEL COLEGIO DE ABOGADOS. EL TESTIMONIO QUE PRECEDE CONCUERDA EXACTO Y FIELMENTE CON EL ORIGINAL DE SU CONTENIDO QUE OBRA EN MI PROTOCOLO DE INSTRUMENTOS PÚBLICOS CORRESPONDIENTES AL AÑO EN CURSO A QUE ME REMITO. CONSTA DE CUATRO (4) FOLIOS.----

Y A PETICIÓN DE DON EDWARD RIVERA TRINIDAD Y DOÑA NAOMI CAMILLE MOLINA MARTINEZ, COMPARECIENTES, LIBRO, FIRMO, SIGNO, SELLO Y RUBRICO EL PRESENTE DEJANDO ANOTADO SU EXPEDICION AL MARGEN DE DICHA ESCRITURA ORIGINAL EN EL MISMO DIA, MES Y AÑO DE SU OTORGAMIENTO, DOY FE.------


NOTARIO PÚBLICO





5120
01/09/2013
cash $0.50
Sello Rentas Internas
51654-2013-0109-64262833



5115
01/09/2013
cash $1.00
$1 Impuesto Notarial
51654-2013-0109-64262843