UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:
EDWARD RIVERA TRINIDAD
NAOMI C MOLINA MARTINEZ

    DEBTOR (S)

CASE NO. 13-00444-BKT

CHAPTER 13

## TRUSTEE'S UNFAVORABLE REPORT
## ON PROPOSED PLAN CONFIRMATION UNDER §1325

TO THE HONORABLE COURT: NOW COMES, José R. Carrión, Chapter 13 Trustee, and very respectfully alleges and prays:

This is the Trustee's position regarding the request, under **11 U.S.C. §1325**, for the confirmation of a Chapter 13 Plan.

Debtor(s)' Income: **Above Median / 60 months commitment period.**     Gen Unsecured Pool:  **$0.00**

The **LIQUIDATION VALUE** of the estate has been determined in **$3,537.00**    R2016 STM.  **$3,000.00**

**TOTAL ATTORNEYS FEES THRU PLAN: $2,574.00    Fees paid: $0.00    Fees Outstanding: $2,574.00**

With respect to the proposed (amended) Plan dated: **September 09, 2013** (Dkt 52).    Plan Base: **14,052.00**

The proposed (amended) plan can not be confirmed because it has the following deficiencies:

- Feasibility [§1325(a)(6)]: Default in payments to Trustee.
   Debtors have accrued arrears in the amount of $176.00

- Feasibility [§1325(a)(5)]: Plan fails to provide for an allowed secured claim.
   Plan needs to be amended to provide for the payment in full of RELIABLE, since the full amount of the POC no. 5-1 filed by Reliable is $832.65 and arrears $27.30.

- Other/Comments
   As per POC 6-2 filed by IRS debtor did filed 1040 PR year 2009-2011, complying with section 1308.

Due to the above described deficiencies in the proposed plan the Trustee Objects to the Confirmation of the same.

CERTIFICATE OF SERVICE: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(s), and to her/his/their attorney through CM-ECF notification system.

   In San Juan, Puerto Rico this September 25, 2013.

                        /s/ Juliel Perez -Staff Attorney
                        _____
                        JOSE R. CARRION
                        CHAPTER 13 TRUSTEE
                        PO Box 9023884, San Juan, PR 00902-3884
                        Tel. (787) 977-3535  Fax  (787) 977-3550

jp